THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM SCHORR, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ISAAC KASTON, Respondent, v. NATHAN ZIMMERMAN, Defendant, Impleaded with GEORGE ORLOVE & Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Dowling and Page, JJ., dissenting and voting to reverse the judgment and dismiss the complaint upon the ground that, in their opinion, the case upon the evidence is not brought within the rule laid down in either the majority or minority opinion of this court on the prior appeal in this case (192 App. Div. 511).

NATHAN DORFMAN and Another, Respondents, v. DAVID STOFF, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JULIAN LAPINSKY, Respondent, v L. W. GOETSCHIUS & COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HERMAN BERMAN, Respondent, v. CHARLES M. BERNSTEIN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JAY G. WILBRAHAM, Appellant, v. JENNY STAFFORD MURPHEY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM SELONEK, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS HOGAN, an Infant, by MARY HOGAN, His Guardian ad Litem, Respondent, v. BIRNS EXPRESS, INC., Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs, on the authority of Rolfe v. Hewitt (227 N. Y. 486). Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAURICE O'MEARA COMPANY, Respondent, v. CONTINENTAL FOLDING PAPER BOX COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK on Complaint of MARY STEINMAN, Respondent, v. HARRY TULLY, Appellant. — Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenabum, JJ.

GEORGE U. HIND and Another, Copartners, Doing Business under the